Scott O. Luskin, Bar No. 238082
sol@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
200 N. Pacific Coast Highway, Suite 825
El Segundo, California 90245
Telephone: (310) 689-1750
Facsimile:  (310) 689-1755

Ronald P. Mysliwiec  (Pro Hac Vice anticipated)
Law Offices of Ronald P. Mysliwiec
rpm@rpmlawny.com
530 Third Street
Brooklyn, New York  11215
Telephone: (718) 768-4581

Attorneys for Plaintiff Roslyn La Liberte

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSLYN LA LIBERTE,<br><br>    Plaintiff,<br><br>    v.<br><br>JOY REID,<br><br>    Defendant, | Case No. 2:21-mc-1070<br><br>**NOTICE OF MOTION TO COMPEL HAROLD EISNER'S COMPLIANCE WITH DEPOSITION SUBPOENA**<br><br>**Date:**<br>**Time:**<br>**Location:** |

**PLEASE TAKE NOTICE** that on _____, 2021, or as soon thereafter as counsel may be heard, in the courtroom of _____, located in the United States Courthouse, _____, CA \_\_\_\_, Plaintiff Roslyn La Liberte, will move the Court for an order to compel Harold Eisner's compliance with deposition subpoena.

This motion is made based upon Federal Rules of Civil Procedure 37 and 45 along with Local Rules 37-1 et seq. and 45-1. Mr. Eisner was personally served with a valid subpoena, yet has refused to appear for his deposition. Mr. Eisner has relevant evidence supporting Plaintiff's claims and can defeat Defendant's defenses. There is no applicable privilege for the information requested.

This motion is made after a several calls and communications between Plaintiff's counsel and Mr. Eisner's counsel could not resolve the outstanding issues.

The motion is based on this Notice of Motion, the parties' Joint Stipulation, the Declaration of Ronald P. Mysliwiec and the associated Exhibits, all the pleadings, files, and records in the proceedings, all other matter of which the Court

///
///
///

may take judicial notice, and any argument or evidence that may be presented to or considered by the Court.

Dated: September 30, 2021

/s/ *Scott O. Luskin*
Scott O. Luskin
PAYNE & FEARS LLP
200 N. Pacific Coast Hwy., Suite 825
El Segundo, CA 90245
Tel: (310) 689-1750
Fax: (310) 689-1755
sol@paynefears.com

and

Ronald P. Mysliwiec

Attorneys for Plaintiff
Roslyn La Liberte

4819-1274-5977.1