**EXHIBIT C**

Hillary Clinton on Trump's child-detention policy: 'It keeps me up at.
She has made peace with losing the election — but not with Donald Trump. And now she is fighting to undo the damage of the president's most revile...
theguardian.com

502    9.5K    32K

Joy Reid Retweeted


Alan Vargas @TheAlanvargas · Jun 28
" You are going to be the first deported"
" dirty Mexican "

Were some of the things they yelled they yelled at this 14 year old boy. He was defending immigrants at a rally and was shouted down.

Spread this far and wide this woman needs to be put on blast.





WE ARE THE CHANGE WE SEEK

The Speeches of Barack Obama




@JoyAnnReid

| Tweets | Following | Followers | Likes | Lists |
|---|---|---|---|---|
| 141K | 5,127 | 1.24M | 15.6K | 2 |

Follow

EXHIBIT C, PAGE 34

7/2/2018   Joy-Ann Reid (@joyannreid) • Instagram photos and videos

   joyannreid   • Follow



**joyannreid** He showed up to a rally to defend immigrants. ... She showed up too, in her MAGA hat, and screamed, "You are going to be the first deported" ... " dirty Mexican!" He is 14 years old. She is an adult. Make the picture black and white and it could be the 1950s and the desegregation of a school. Hate is real, y'all. It hasn't even really gone away.

Load more comments

**bmt096** She and people like her are vile,

**14,765 likes**

2 DAYS AGO

Log in to like or comment.

https://www.instagram.com/p/BkouB17gD88/?hl=en&taken-by=joyannreid   1/1

Case 2:21-mc-01070-DSF-KS Document 1-4 Filed 09/30/21 Page 4 of 5 Page ID #:43
Case 1:18-cv-05398-DLI-VMS Document 16-5 Filed 11/27/18 Page 2 of 2 PageID #: 144
7/2/2018
Joy-Ann Reid (@joyannreid) • Instagram photos and videos



joyannreid • Follow



joyannreid It was inevitable that this image would be made. It's also easy to look at old black and white photos and think: I can't believe that person screaming at a child, with their face twisted in rage, is real. By every one of them were. History sometimes repeats. And it is full of rage. Hat tip to @joseiswriting. #regram #history #chooselove

Load more comments

canadiannurseratchet As a WW I can never

6,575 likes

14 HOURS AGO

Log in to like or comment.

Case 2:21-mc-01070-DSF-KS Document 1-4 Filed 09/30/21 Page 5 of 5 Page ID #:44
Case 1:18-cv-05398-DLI-VMS Document 16-6 Filed 11/27/18 Page 2 of 2 PageID #: 146
7/2/2018 Joy Reid - Home





 **Joy Reid**
Like This Page · 14 hr

It was inevitable that this in
also easy to look at old bla
think: I can't believe that pe
child, with their face twisted
one of them were. History s
is full of rage. Hat tip to @j
#history #chooselove

Like      Com

2.2K

1,700 Shares

 Penny M. Stein Joy I
posting the "2018" im
reflect the truth. I saw
young man who said
and that they were tal
Fact check and corre

Like · Reply · 14h

View previous repli

 Phyllis McDon
very civil to me.

Like · Reply · 14

View more replies

 Phelisa Smith-Pittm
running around in a N
a heated, "civil", "disc
teenager is somehow
Really? Lady, get rea
everything we need to
being a "nice" grandn
though!

Like · Reply · 5h

 Write a comment...