**EXHIBIT D**

# Chelsea Haney

**From:** Doug Codron <███████████████>
**Sent:** Wednesday, September 05, 2018 3:55 PM
**To:** Taylor Wilson
**Subject:** Fwd: I am the Son of Roslyn LaLiberte (Woman accused of racist slurs towards boy)


---------- Forwarded message ---------
From: **Doug Codron** <███████████████>
Date: Sat, Jun 30, 2018, 3:28 PM
Subject: I am the Son of Roslyn LaLiberte (Woman accused of racist slurs towards boy)
To: <joy-ann.reid@nbcuni.com>


Hi Joy,

**Thanks for taking my email.** I was hoping you could take a second look at the story you posted. I posted a link on the Facebook page which shows the young man in a news interview saying my mom was "civil" and did not yell anything racist towards her. Here it is again: https://www.youtube.com/watch?v=QdvZAxqAuUY. My mother is not the woman this single snapshot and tied allegations are depicting. Yes, she is a Trump supporter (I am not). However, this portrayal is not fair. It doesn't have any facts. She and her family are being harassed over this which is not right. Please consider taking it down. Feel free to contact me to discuss if you need any more information. My phone is ███████████ Thanks for your consideration. I hope to hear from you soon.

Warm regards,
Doug Codron