**EXHIBIT F**

rpm@rpmlawny.com

| | |
|---|---|
| **From:** | Joel Tantalo <jtantalo@ta-llp.com> |
| **Sent:** | Thursday, September 9, 2021 12:05 PM |
| **To:** | rpm@rpmlawny.com |
| **Cc:** | 'David Olasov'; 'Scott O. Luskin'; Joel Tantalo |
| **Subject:** | RE: Hal Eisner |

Ron,

I can confirm that we do not have any unpublished footage (or notes) concerning Hal's reporting about the Simi Valley City Council meeting, the Ventura County Star photo, and their aftermath (as previously discussed, he was *not* at the meeting itself and has no firsthand knowledge of what transpired at the meeting). Per your email last week, can you please send the deposition transcripts so I can review and continue our discussion about the requested deposition – and, hopefully, avoid the need for motion practice?

Thanks in advance.

--joel

Joel M. Tantalo
**TANTALO & ADLER LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Main:   (310) 734-8695
Direct: (310) 734-8693
Email:   jtantalo@ta-llp.com

---

**From:** Joel Tantalo <jtantalo@ta-llp.com>
**Sent:** Wednesday, September 8, 2021 12:29 PM
**To:** rpm@rpmlawny.com
**Cc:** 'David Olasov' <dolasov@olasov.com>; 'Scott O. Luskin' <SOL@paynefears.com>; Joel Tantalo <jtantalo@ta-llp.com>
**Subject:** RE: Hal Eisner

Ron,

My client contact at Fox didn't know offhand the answer to your question about unbroadcast footage, but she is looking into it. I should know by tomorrow morning (my time), if not sooner.

--joel

Joel M. Tantalo
**TANTALO & ADLER LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Main:   (310) 734-8695
Direct: (310) 734-8693
Email:   jtantalo@ta-llp.com

---

**From:** Joel Tantalo <jtantalo@ta-llp.com>
**Sent:** Tuesday, September 7, 2021 9:46 AM
**To:** rpm@rpmlawny.com