**EXHIBIT G**

**rpm@rpmlawny.com**

| | |
|---|---|
| **From:** | Rafferty, Lisa <Lisa.Rafferty@FOX.COM> |
| **Sent:** | Tuesday, July 6, 2021 2:17 PM |
| **To:** | rpm@rpmlawny.com |
| **Subject:** | FW: La Liberte v. Eisner |
| **Attachments:** | HAL EISNER DEPOSITION QUESTIONS.docx |

Hello RPM, I'm legal counsel for Fox Television Stations and I represent Mr. Eisner with respect to this matter. Can you please tell me what court case is entitled La Liberte v. Eisner? Mr. Eisner informs me that he has not been served with any paperwork. It was his understanding from your call to him last week that you were attempting to get him to agree to a deposition in a third party case. Mr. Eisner declines to participate in any third party litigation, and he cannot be compelled to do so under the California Law.

*Please note my new email address*

Lisa R. Rafferty | VP, Legal Affairs | Fox Television Stations, LLC | lisa.rafferty@fox.com | (310) 584-3347 | 1999 South Bundy Dr., Los Angeles, CA 90025

> **From:** rpm@rpmlawny.com
> **Date:** July 3, 2021 at 5:45:20 PM PDT
> **To:** [redacted]
> **Subject: La Liberte v. Eisner**
>
> Hal:
>
> Here are the questions I intend to ask at your deposition.
>
> While I cannot avoid taking your deposition, I want to be as accommodating as possible, both as to location in LA and date. I can get it as close either to your home or business address as I can. You tell me which.
>
> Roz wants me to take your deposition in person rather than by Zoom if allowed by the current rules in place in the Central District of California.
> Best,
> RPM

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee(s). If you are not an addressee indicated in this message (or responsible for delivery of the message to an addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox Corporation, or its subsidiaries must be taken not to have been sent or endorsed by any of them. No representation is made that this email or its attachments are without defect.