1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSLYN LA LIBERTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOY REID,<br><br>　　　　Defendant. | Case No. 2:21-mc-1070<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL HAROLD EISNER'S COMPLIANCE WITH SUBPOENA**<br><br>**Date:**<br>**Time:**<br>**Location:** |

(PROPOSED) ORDER

Case 2:21-mc-01070-DSF-KS   Document 1-11   Filed 09/30/21   Page 2 of 3   Page ID #:63

The motion of Plaintiff Roslyn La Liberte for an order to compel Harold Eisner's compliance with deposition subpoena, came on regularly for hearing before this Court on _____, 2021 at _____.m.  Ronald P. Mysliwiec appeared on behalf of Plaintiff and Joel Tantolo appeared on behalf of Harold Eisner.

The Court, having considered the moving and response papers, arguments of counsel and admissible evidence, hereby orders as follows:

For good cause shown, Plaintiff's motion to compel Harold Eisner's compliance with deposition Subpoena is GRANTED.  Mr. Eisner shall appear for deposition within 10 days of the date of this order.

**IT IS SO ORDERED.**

DATED: _____, 2021        By: _____
                                    Hon.
                                    United States District Court

---

1

(PROPOSED) ORDER


Submitted By:

Ronald P. Mysliwiec  (Pro Hac Vice anticipated)
Law Offices of Ronald P. Mysliwiec
rpm@rpmlawny.com
530 Third Street
Brooklyn, New York  11215
Telephone: (718) 768-4581

and

Scott O. Luskin
PAYNE & FEARS LLP
200 N. Pacific Coast Hwy., Suite 825
El Segundo, CA 90245
Tel:  (310) 689-1750
Fax:  (310) 689-1755
sol@paynefears.com

Attorneys for Plaintiff
Roslyn La Liberte

4844-1799-0649.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
200 N. PACIFIC COAST HIGHWAY, SUITE 825
EL SEGUNDO, CALIFORNIA 90245
(310) 689-1750