Scott O. Luskin, Bar No. 238082
sol@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
200 N. Pacific Coast Highway, Suite 825
El Segundo, California 90245
Telephone: (310) 689-1750
Facsimile: (310) 689-1755

Ronald P. Mysliwiec (*Pro Hac Vice* anticipated)
Law Offices of Ronald P. Mysliwiec
rpm@rpmlawny.com
530 Third Street
Brooklyn, New York 11215
Telephone: (718) 768-4581

Attorneys for Plaintiff Roslyn La Liberte

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSLYN LA LIBERTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOY REID,<br><br>　　　　Defendant. | Case No. 2:21-mc-1070<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF ROSLYN LA LIBERTE**<br><br>**(FED. R. Civ. P. 7.1 and C.D. Cal. L.R. 7.1-1.)** |

## Corporate Disclosure Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Roslyn La Liberte declares that she is an individual.  Plaintiff further declares, pursuant to Central District of California Local Rule 7.1-1, that to Plaintiff's knowledge no insurance carrier may be liable, directly or indirectly, for any judgment in this action or the costs of defense, and that no persons or entities other than the parties to this action have a pecuniary interest in the outcome of this matter.

Dated:  September 30, 2021

　　　　/s/ Scott O Luskin
Scott O. Luskin
PAYNE & FEARS LLP
200 N. Pacific Coast Hwy., Suite 825
El Segundo, CA 90245
Tel:  (310) 689-1750
Fax:  (310) 689-1755
sol@paynefears.com

and

Ronald P. Mysliwiec

Attorneys for Plaintiff
Roslyn La Liberte

4853-0335-3085.1

## Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing **Corporate Disclosure Statement of Plaintiff Roslyn La Liberte** was served on September 30, 2021, on the interested parties in this action, via the United States District Court's CM/ECF system, on all parties or persons requiring notice.

/s/ Scott O. Luskin
Scott O. Luskin

PAYNE & FEARS LLP
ATTORNEYS AT LAW
200 N. PACIFIC COAST HIGHWAY, SUITE 825
EL SEGUNDO, CALIFORNIA 90245
(310) 689-1750

3
Plaintiff Roslyn La Liberte's Corporate Disclosure Statement