Scott O. Luskin, SBN 238082
Payne & Fears LLP
200 N. Pacific Coast Highway, Suite 825
El Segundo, CA 90245
Tel.: (310) 689-1750; Fax: (310) 689-1755
Email: sol@paynefears.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROSLYN LA LIBERTE | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-mc-01070 DSF (KSx) |
| v. | |
| JOY REID | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Mysliwiec, Ronald P.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of Law Offices of Ronald P. Mysliwiec
530 Third Street
Brooklyn, NY 11215
*Firm/Agency Name & Address*

718.768.4581    none
*Telephone Number    Fax Number*

rpm@rpmlawny.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of

plaintiff, Roslyn La Liberte

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

and designating as Local Counsel

Luskin, Scott O.
*Designee's Name (Last Name, First Name & Middle Initial)*

of Payne & Fears LLP
200 N. Pacific Coast Highway, Suite 825
El Segundo, CA 90245
*Firm/Agency Name & Address*

238082    310.689.1750    310.689.1755
*Designee's Cal. Bar No.    Telephone Number    Fax Number*

sol@paynefears.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☒ not be refunded.

Dated  October 14, 2021

*/s/ Dale S. Fischer*
**U.S. District Judge**