Scott O. Luskin, Bar No. 238082
sol@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
200 N. Pacific Coast Highway, Suite 825
El Segundo, California 90245
Telephone: (310) 689-1750
Facsimile: (310) 689-1755

Ronald P. Mysliwiec
Law Offices of Ronald P. Mysliwiec
rpm@rpmlawny.com
530 Third Street
Brooklyn, New York 11215
Telephone: (718) 768-4581

Attorneys for Plaintiff Roslyn La Liberte

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSLYN LA LIBERTE,<br><br>            Plaintiff,<br><br>    v.<br><br>JOY REID,<br><br>            Defendant, | Case No. 2:21-mc-01070 DSF (KSx)<br><br>**NOTICE OF LODGING VIDEO OF EISNER INTERVIEW IN SUPPORT OF MOTION TO COMPEL HAROLD EISNER'S COMPLIANCE WITH DEPOSITION SUBPOENA**<br><br>Mag. Judge: Hon. Karen L. Stevenson<br>Date:       November 3, 2021<br>Time:       10:00 a.m.<br>Crtrm:      580 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Roslyn La Liberte will lodge with the Court a thumb drive containing the video of the interview at issue in the motion (ECF 1), which is also available at the following website, https://youtu.be/QdvZAxqAuUY (*see* ECF 1-3 at 3).  A copy of the interview file will be provided electronically to all parties.

Dated:   October 20, 2021

/s/ Scott O. Luskin
Scott O. Luskin
PAYNE & FEARS LLP
200 N. Pacific Coast Hwy., Suite 825
El Segundo, CA 90245
Tel:  (310) 689-1750
Fax:  (310) 689-1755
sol@paynefears.com

and

Ronald P. Mysliwiec
Law Offices of Ronald P. Mysliwiec
rpm@rpmlawny.com
530 Third Street
Brooklyn, New York  11215

Attorneys for Plaintiff Roslyn La Liberte

4830-4480-3839.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# PROOF OF SERVICE

*Roslyn La Liberte v. Joy Reid*
**United States District Court Case No. 2:21-mc-01070 DSF (KSx)**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 4 Park Plaza, Suite 1100, Irvine, CA 92614.

On October 21, 2021, I served true copies of the following document(s) described as **NOTICE OF LODGING VIDEO OF EISNER INTERVIEW IN SUPPORT OF MOTION TO COMPEL HAROLD EISNER'S COMPLIANCE WITH DEPOSITION SUBPOENA** on the interested parties in this action as follows:

| | |
|---|---|
| John Reichman<br>John Reichman Law LLC<br>475 Seventh Ave.<br>New York, NY 10123<br>Tel.: (917) 626-8025<br>Email: john@johnreichmanlaw.com | **Attorneys for Defendant Joy Reid** |
| Theodore J. Boutrous Jr.<br>Marissa Mulligan<br>Melanie Sava<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel: (213) 229-7240<br>Email:<br>TBoutrous@gibsondunn.com<br>MMulligan@gibsondunn.com<br>MSava@gibsondunn.com | **Attorneys for Defendant Joy Reid** |
| Joel M. Tantalo<br>TANTALO & ADLER LLP<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Tel.: (310) 734-8695<br>Email: jtantalo@ta-llp.com | **Attorneys for Respondent Harold Eisner** |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from the e-mail address, pdavid@paynefears.com, to the e-mail address(es) listed above.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by e-mail.

1 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 21, 2021, at Irvine, California.

/s/ Patricia David
Patricia David

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

NOTICE OF LODGING VIDEO OF EISNER INTERVIEW IN SUPPORT OF MOTION TO COMPEL HAROLD EISNER'S COMPLIANCE WITH DEPOSITION SUBPOENA